UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No.:  4:12-CV-01232CDP |
| | ) | |
| ROBERTSON FIRE PROTECTION | ) | |
| DISTRICT, MISSOURI, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### UNITED STATES' MOTION TO ENTER SETTLEMENT AGREEMENT

As the parties have reached an agreement to resolve this action through a Court monitored Settlement Agreement, the United States of America respectfully moves this Court to enter the attached Settlement Agreement as a Court order.

Respectfully Submitted,

On behalf of plaintiff United States of America:

By:     /s/Jeffrey Morrison
Jeffrey Morrison, MO 44401
Sr. Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
Fax:    202-514-1105
Voice: 202-353-1845
Email: jeffrey.morrison@usdoj.gov

Attorney for the United States

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court on May 7, 2014 to be served by operation of the Court's electronic filing system on the following:

W. Bevis Schock, MO32551
Attorney for Intervenor
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Voice: 314-726-2322

Steven J. Hughes, MO38968
Natalie J. Higgins, MO63879
Attorney for Defendants
Pitzer Snodgrass, P.C.
100 S. 4th St., Ste. 400
St. Louis, MO  63102
Hughes@pspclaw.com
Higgins@pspclaw.com
Voice: 314-421-5545

Charles H. Billings
Attorney for Robertson Fire
Bruntrager & Billings, P.C.
1735 S. Big Bend Blvd.
St. Louis, MO 63117
chb@law-stl.com
Voice: 314-646-0066

                                                 /s/ Jeffrey Morrison
                                                 Jeffrey Morrison, MO44401